IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENDRICK LAMAR DEAL,

    Petitioner,

v.

SHERIFF JOHN WILCHER,

    Respondent.

CIVIL ACTION NO.: 4:23-cv-264

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 10), to which Petitioner Kendrick Lamar Deal did not object. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, (doc. 10) as the opinion of the Court and **DISMISSES** Deal's 28 U.S.C. § 2241 Petition, (doc. 9). Applying the Certificate of Appealability (COA) standards, which are set forth in Brown v. United States, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); see Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal). And, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith. Thus, *in forma pauperis* status on appeal is likewise **DENIED**. 28 U.S.C. § 1915(a)(3). The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 15th day of November, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA