AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KENDRICK LAMAR DEAL,

Petitioner,

v.

SHERIFF JOHN WILCHER,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:23-cv-264

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on November 15, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of this Court. Therefore, the Court dismisses Plaintiff's 2241 petition and denies in forma pauperis status on appeal. This case stands closed.

Approved by: _____

November 28, 2023
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/2020